


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER -TELEPHONE CONFERENCE/HEARING

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

Case No.: 4:15-CV-309-A
<u>Marta Balino v. State Farm Lloyds.</u>

Date Held: 05-21-15   Time: 3:02 p.m.-3:03 p.m. (2 minutes)

Plaintiffs' counsel:   Jessica Taylor

Defendants' counsel: Rhonda Thompson, Adrienne Hamil

Telephone conference re: Notice of Settlement.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Order to follow.

Conference concluded.