Case 4:15-cv-00309-A Document 10 Filed 05/21/15 Page 1 of 1 PageID 62

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 21 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARTA BALINO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:15-CV-309-A |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |

FINAL JUDGMENT

In accordance with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff, Marta Balino, and counsel for defendant, State Farm Lloyds, on the line on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES and DECREES that plaintiff's claims against defendant be, and are hereby, dismissed with prejudice, each party to bear the court costs and attorney's fees incurred by that party.

SIGNED May 21, 2015.

_____
JOHN McBRYDE
United States District Judge